[No. 9275–8–I.   Division One.   April 21, 1982.]

WILL LACHAPELLE, ET AL, *Appellants*, v. HELMUTH
KOHLER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 831342, Liem E. Tuai, J., entered August 19,
1980. *Affirmed* by unpublished opinion per Callow, J., con-
curred in by Andersen, C.J., and James, J.

[No. 10101–3–I.   Division One.   April 21, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY
TYRONE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 80–1–04007–0, Lee Kraft, J., entered March
19, 1981. *Affirmed* by unpublished opinion per Ringold, J.,
concurred in by Durham, A.C.J., and Williams, J.

[No. 10143–9–I.   Division One.   April 21, 1982.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG
FORREST DONAIS, *Appellant*.

Appeal from a judgment of the Superior Court for
Snohomish County, No. 8751, Daniel T. Kershner, J.,
entered April 8, 1981. *Affirmed* by unpublished opinion per
Callow, J., concurred in by Andersen, C.J., and James, J.

[No. 8890–4–I.   Division One.   April 21, 1982.]

THOMAS LEIGH–KENDALL, ET AL, *Respondents*, v. THE
RESTAURANT TRADING POST, INC., *Defendant*, SAN
SOUCI, LTD., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 858348, Horton Smith, J., entered May 16,
1980. *Affirmed* by unpublished opinion per Callow, J., con-
curred in by Williams and Corbett, JJ.